United States Bankruptcy Court
District of Arizona

| | |
|---|---|
| In re: | Case No. 24-03285-EPB |
| DAVID R JACKSON | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 21, 2024 | Form ID: 318 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | DAVID R JACKSON, 2550 S. SAN TAN VILLAGE PARKWAY #4056, GILBERT, AZ 85295-7877 |
| 17259190 | + | Cvent Inc., 1765 Greensboro Station Place 7th Floor, Mc Lean VA 22102-3468 |
| 17259191 | + | Gaylord Rockies Resort and Convention Ce, 6700 No. Gaylord Rockies Blvd., Aurora CO 80019-2198 |
| 17259192 | + | Marriott Marquis Chicago, 2121 So. Prairie Ave., Chicago IL 60616-1305 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: BRAMACKENZIE.COM | Aug 22 2024 03:09:00 | ROBERT A. MACKENZIE, 2001 E. CAMPBELL AVE., SUITE 200, PHOENIX, AZ 85016-5574 |
| smg | EDI: AZDEPREV.COM | Aug 22 2024 03:09:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17259187 | + EDI: AZDEPREV.COM | Aug 22 2024 03:09:00 | Arizona Department of Revenue, Department of Collections, 2005 N Central Avenue, Phoenix AZ 85004-1545 |
| 17259186 | + EDI: IRS.COM | Aug 22 2024 03:09:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 17259188 | EDI: JPMORGANCHASE | Aug 22 2024 03:09:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington DE 19850 |
| 17259189 | EDI: JPMORGANCHASE | Aug 22 2024 03:09:00 | Chase Card Services, Po Box 15369, Wilmington DE 19850 |
| 17259193 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 21 2024 23:19:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream IL 60197-5855 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2024        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ROBERT A. MACKENZIE | ram@ramlawltd.com  az26@ecfcbis.com |
| STUART BRADLEY RODGERS | on behalf of Trustee ROBERT A. MACKENZIE stuart.rodgers@lane-nach.com danica.acosta@lane-nach.com,deborah.mckernan@lane-nach.com,aimee.bourassa@lane-nach.com;jon.ingraham@lane-nach.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |
| WALTER E. MOAK | on behalf of Debtor DAVID R JACKSON ecf@themoaklawfirm.com  moaklaw@ecf.courtdrive.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **DAVID R JACKSON** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1888 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | District of Arizona | |
| Case number: | 2:24–bk–03285–EPB | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

DAVID R JACKSON

8/21/24

**By the court:** Eddward P. Ballinger Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**