SO ORDERED.

Dated: April 14, 2025

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| DAVID R. JACKSON, | No. 2:24-bk-03285-EPB |
| Debtor. | **ORDER GRANTING TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004 (TELEPHONIC)** |

This Court having considered the *Application For Production of Documents and Oral Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004* ("**Application**") filed by Robert A. MacKenzie, Trustee and good cause having been established,

**IT IS HEREBY ORDERED** that David R. Jackson ("**Debtor**") shall produce the documents detailed in Exhibit "A" attached hereto, to Trustee's attorneys, Nach, Rodgers, Hilkert & Santilli, 2001 East Campbell, Suite 103, Phoenix, Arizona, and shall submit to an oral examination under oath, telephonically on a date and time agreeable to the parties or, if upon notice, after not less than 28 days' notice.

**IT IS FURTHER ORDERED** approving Trustee's calculation for compliance with FRBP 2004(e) as set forth in Trustee's Application.

**IT IS FURTHER ORDERED** that Robert A. MacKenzie, Trustee shall promptly serve this Order on Debtor and his attorneys and file a certificate of service therefor.

**DATED AND SIGNED ABOVE**

## EXHIBIT "A"

1. Copies of all personal income tax returns (federal and state) for the 2024 income tax year.

2. Copies of all income statements (W2s, K1s, 1099s, etc) issued to the Debtor for the 2024 income tax year.

3. Documentation evidencing the receipt of any 2024 federal and state income tax refunds (ie: bank statements, etc).